IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES STANFILL                                                                                          PLAINTIFFS

v.                                            NO. 4:23-cv-01059-JM

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.                              DEFENDANT

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for February 10, 2025, is canceled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 31st day of January, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE